MATTIE McCUTCHEON, Individually and as Administratrix of the Estate of DAVID C. McCUTCHEON, Deceased, Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Respondent, et al., Defendants.

Argued June 16, 1943; decided July 20, 1943.

512

*Meyer Kreeger, Samuel Seligsohn* and *Lionel Golub* for appellants.

*Joseph S. McCann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.